# UNITED STATES DISTRICT COURT

_____ District of _____

APPEARANCE

Filed 7/25/03

CASE NUMBER: MJ 03-0089-CPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   John Melo

I certify that I am admitted to practice in this court.

7/25/03
Date

Signature

Michael Andrews
Print Name

Bar Number: 546470

21 Custom House St #920
Address

Boston    MA    02110
City    State    Zip Code

617 951 0072
Phone Number

617 443 1010
Fax Number