**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

**V.**                                                      **C.R. NO. 03-00089-LPC**

**JOHN MELO**

### AFFIDAVIT OF COUNSEL IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, John P. Larochelle, hereby state and affirm as follows:

1.  I am a member of the bar in good standing with the following jurisdictions:

    Massachusetts Supreme Judicial Court, Rhode Island Supreme Court and United States

    District Court for the District of Rhode Island;

2.  No disciplinary proceedings exist against me;

3.  I am familiar with the Local Rules of the United States District Court for the District of

    Massachusetts.

                                        Respectfully submitted,
                                        John Melo
                                        By his attorney,

                                        John P. Larochelle, BBO# 645649
                                        Larochelle & MacDonald, Inc.
                                        15 Westminster Street, Suite 630
                                        P.O. Box 1503
                                        Providence, RI 02901
                                        (401) 421-1440
                                        (401) 421-1442  (FAX)

## CERTIFICATION

I hereby certify that on ___8·14·03___ a true copy of this document was hand-delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the        fourteenth

day of        June        A.D.   2000     , said Court being the highest Court of Record in said Commonwealth:

## John P. Larochelle

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  eighth day of  August in the year of our Lord Two thousand and three.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116