UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    C.R. NO. 03-00089-LPC

JOHN MELO

## DEFENDANT'S MEMORANDUM IN SUPPORT OF REQUEST FOR SURETY BAIL

Now comes the defendant, John Melo, by and through counsel, and hereby submits the following memorandum in support of his request for surety bail.

On August 14, 2003, this Honorable Court conducted a preliminary hearing and detention hearing in the above-referenced matter. After hearing, the Court offered counsel an opportunity to provide information regarding the posting of real estate to meet any surety bail set in this matter. Mr. Melo's parents, John L. Melo and Alda Melo, are the sole owners of their home located at 95 Choate Street, in Westport, Massachusetts. They have agreed to post this property as collateral for any surety bail set by this Court. A Warranty Deed attesting to their ownership is attached hereto.

Wherefore, the defendant, John Melo, respectfully requests that this Honorable Court set a surety bail in this matter in the amount of $50,000 secured by the above-referenced collateral.

Respectfully submitted,<br>
John Melo<br>
By his attorneys,

_John P. Larochelle (JM)_
John P. Larochelle, BBO# 645649

_John E. MacDonald_
John E. MacDonald, BBO# 653775
Larochelle & MacDonald, Inc.
15 Westminster Street, Suite 630
P.O. Box 1503
Providence, RI 02901
(401) 421-1440
(401) 421-1442 (FAX)

## **CERTIFICATION**

I hereby certify that on _8-18-03_ a true copy of this document was delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts.

(THE FOLLOWING IS NOT A PART OF THE DEED, AND IS NOT TO BE RECORDED.)

GENERAL LAWS, (TER. ED.) CHAPTER 183, SECTION 10.

A deed in substance following the form entitled "Warranty Deed" shall, when duly executed, have the force and effect of a deed in fee simple to the grantee, his heirs and assigns, to his and their own use, with covenants on the part of the grantor, for himself, his heirs, executors, administrators and successors, with the grantee, his heirs, successors and assigns, that, at the time of the delivery of such deed (1) he was lawfully seized in fee simple of the granted premises, (2) that the granted premises were free from all encumbrances, (3) that he had good right to sell and convey the same to the grantee and his heirs and assigns, and (4) that he will, and his heirs, executors and administrators shall, warrant and defend the same to the grantee and his heirs and assigns against the lawful claims and demands of all persons.

---

**Warranty Deed** №3458
STATUTE FORM

Michael Orlando and Manuela Orlando

TO

John L. Melo and Alda Melo

Dated, April 15, 1977

Received and entered with Bristol County
Book 1737 Page 478 Deeds

at 4 o'clock and 30 minutes P. M.

Attest: _John Flores_
Register

Form 1271

LAW OFFICES OF
BELFORD & BELFORD
279 NORTH MAIN STREET
FALL RIVER, MASSACHUSETTS 02720

RECORDED
APR 15   4 30 PM '77
REGISTRY OF DEEDS
BRISTOL COUNTY
SOUTHERN DISTRICT

RETURN TO: Belford & Belford

279 North Main Street

Fall River, Massachusetts 02720

BK 1737 PG 478                    3458

We, Michael Orlando and Manuela Orlando, husband and wife, both of 120 Christopher Circle, Westport, Bristol County, Massachusetts,

for the full consideration of ----Forty-eight Thousand and no/100----------
---------- ($48,000.00) Dollars-------------------------------------- paid

grant to John L. Melo and Alda Melo, husband and wife, both of 95 Choate Street, Fall River, Bristol County, Massachusetts, as joint tenants with right of survivorship and not as tenants in common and not as tenants by the entirety,

in Westport

with warranty covenants the land with all the buildings and improvements thereon, situated on the Westerly side of Davis Road, formerly Gifford Road, and bounded and described as follows:

| | |
|---|---|
| **NORTHERLY:** | By land now or formerly of Joseph V. Medeiros, et ux about Three Hundred Seven and 05/100 (307.05) feet; |
| **EASTERLY:** | By Davis Road, about One Hundred Forty (140) feet; |
| **SOUTHERLY:** | By land now or formerly of Jacintho Cardoza, about Three Hundred Eleven (311) feet; |
| **WESTERLY:** | By land now or formerly of Lakeside Food, Inc., about One Hundred Forty (140) feet. |

Containing Forty-three Thousand Two Hundred Sixty (43,260) square feet of land.

Being the same premises conveyed to these grantors by deed of Charles I. Tucker dated May 21, 1973 and recorded with the Bristol County South District, Registry of Deeds in Book 1673, Page 807.

COMMONWEALTH OF MASSACHUSETTS DEEDS EXCISE  1945
COMMONWEALTH OF MASSACHUSETTS DEEDS EXCISE  9000

Executed as a sealed instrument this fifteenth (15th) day of April, 1977

Michael Orlando (Seal)
Manuela Orlando (Seal)

**The Commonwealth of Massachusetts**

Bristol,            ss. Fall River            April 15, 1977

Then personally appeared the above named Michael Orlando and Manuela Orlando and acknowledged the foregoing instrument to be their free act and deed.

Rec'd. & recorded April 15, 1977
at 4 hrs. & 31 min. P.M.

Before me, (Lloyd Earl Belford) Notary Public

My commission expires March 31, 1978

Attest: John Ferreira Register