UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>JOHN MELO, et al.,<br>        Defendants. | Criminal No. 03-10361-RWZ |

**MOTION FOR EX-PARTE FINDING AND**
**ENDORSEMENT OF MEMORANDA OF LIS PENDENS**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves for a finding that the Forfeiture Allegations contained in the Indictment in the above-captioned action constitutes a claim of right to title to real property, including all buildings and appurtenances, located at the following address:

    a.    172 Earle Street, Fall River, Massachusetts, having a deed recorded at the Bristol County Registry of Deeds, Book 4674, Page 290 (172 Earle Street), in the name of John Mello[1]

(the "Defendant Property"), or the use and occupation thereof, or the building thereon, and also moves for the endorsement of said findings on a memorandum of lis pendens.

As grounds for this motion, the United States submits that the requested finding and endorsement of the memoranda of lis pendens are required under Massachusetts law regulating the recording and registration of memoranda of lis pendens, Mass. Gen. L. ch. 184

---

[1] John Mello and John Melo are the same person. Melo's name was apparently spelled incorrectly on the deed to the property.

§15. The endorsement will enable the United States to file the <u>lis pendens</u> in the appropriate land registration office to give third parties notice of this pending action and of the United States' forfeiture claim to the real property located in Fall River, Massachusetts.

Massachusetts General Laws, Chapter 184, Section 15, requires that any notice of <u>lis pendens</u> recorded at the Registry of Deeds bear an endorsement by a justice of the court before which the action is pending, acknowledging that "the subject matter of the action constitutes a claim of a right to title to real property or the use and occupation thereof or the buildings thereon...." Endorsement of a notice of <u>lis pendens</u> does not constitute a comment on the merits of the underlying case, <u>i.e.</u>, whether probable cause exists. See <u>Sutherland v. Aolean Development Corp.</u>, 399 Mass. 36, 40, 502 N.E.2d 528, 531 (1987). In <u>Sutherland</u>, the Supreme Judicial Court of Massachusetts held that the only issues involved in the endorsement process are "'what is the subject matter of the action,' and does it consist of a claim of right to title or use and occupation of real property." <u>Id.</u> at 40. It is not a finding of probable cause. A <u>lis pendens</u> does not purport to create a new right, interest or remedy in the litigant filing the memorandum of <u>lis pendens</u>. <u>Debral Realty, Inc. v. DiChiara</u>, 420 N.E.2d 343, 346 (Mass. 1981). It is merely a mechanism to put potential purchasers on notice of litigation concerning the

property. Id. at 348.

The United States relies upon the Indictment returned on December 3, 2003, by a Federal Grand Jury sitting in this District, alleges criminal forfeiture pursuant to Title 21, United States Code, Section 853, as a result of violations of 21 U.S.C. §§841(a)(1), 841(b)(1)(A) and 846, of any property constituting, or derived from, any proceeds obtained directly or indirectly from the aforesaid offenses and/or any property used and/or intended to be used to commit, or to facilitate the commission of, the aforesaid offenses. The Indictment's Forfeiture Allegation listed the above-named real property as subject to this forfeiture provision and as forfeitable to the United States upon the conviction of the Defendants. Consequently, this action constitutes a claim of right to title to the real property described above.

The endorsement of Notice of Lis Pendens is required by Massachusetts law regulating the recording and registration of lis pendens. See M.G.L. c. 18, §15. The proposed Notice of Lis Pendens is submitted herewith for consideration and execution by the Court.

WHEREFORE, the United States requests that this Court approve and endorse the its Notice of Lis Pendens for the above-described property.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:   /s/ Jennifer H. Zacks
                                        JENNIFER H. ZACKS
                                        Assistant U.S. Attorney
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100

Dated: December 4, 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>JOHN MELO, et al.,<br>        Defendants. | Criminal No. 03-10361-RWZ<br><br>Record Owners:<br>John Mello<br><br>Property:<br>172 Earle Street<br>Fall River, Massachusetts<br><br>Book 4674, Page 290 |

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has received an Indictment charging that the defendant, JOHN MELO, among others, did knowingly and intentionally combine, conspire, confederated and agree to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and alleging that the property located at 172 Earle Street, Fall River, Massachusetts (the "Property"). The Indictment also alleges criminal forfeiture of any property constituting, or derived from, any proceeds obtained directly or indirectly from the aforesaid offenses and/or any property used and/or intended to be used to commit, or to facilitate the commission or, the aforesaid offenses. The Forfeiture Allegation of the Indictment includes, among other things, all of the defendant's interest in 172 Earle Street, Fall River, Massachusetts, pursuant to Title 21 United States Code,

Section 853.

The property subject to this <u>Lis Pendens</u> is more fully described in the Deed, attached hereto as Exhibit "A". For title to the property, see the attached Deed, which was recorded with the Bristol County Registry of Deeds in Book 4674, Page 290, reflecting the conveyances of the Property by transfer of deed from Clement Farias and Eric Farias on January 3, 2003.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: /s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorneys
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated:    December 11, 2003

COMMONWEALTH OF MASSACHUSETTS
Suffolk, ss.

OATH

The undersigned Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

/s/ Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney

Dated:    December 11, 2003

2

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this _11_ day of December, 2003.

_____
NOTARY PUBLIC
My Commission expires:
**CORINA J. ROBICHAUD**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES 5/29/2009**

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
Rya W. Zobel
United States District Judge
Date:

BK 4674 PG 290
01/03/03 02:31 DOC. 153

## QUITCLAIM DEED

We, Clement Farias and Eric Farias, of Swansea, Massachusetts, for consideration paid and in consideration of One Hundred Seventy-five Thousand and no/100 ($175,000.00) DOLLARS grant to John Mello of 148 Davis Road, Westport, Massachusetts 02790, with QUITCLAIM COVENANTS

A certain tract or parcel of land with the buildings and improvements thereon, if any, situated in Fall River, Bristol County, Massachusetts, bounded and described as follows:

Beginning at the southeasterly corner thereof in the northerly line of Earle Street at a point one hundred eighty-six and thirteen one-hundredths (186.13) feet westerly thereon from the northwesterly corner formed by the intersection of the westerly line of County Street and the northerly line of Earle Street; thence running northerly by land now or formerly of Joseph E. Theberge et al about eighty-five and sixty-nine one-hundredths (85.69) feet; thence running westerly by land of owners unknown, sixty and sixty-six one-hundredths (60.66) feet for a corner; thence running southerly by land of owners unknown eighty-six and twenty-two one-hundredths (86.22) feet to the northerly line of said Earle Street; thence running easterly by said Earle Street, sixty and sixty-six one-hundredths (60.66) feet to the point of beginning.

Containing about fifty-two hundred ten (5210) square feet of land, more or less.

Being the same premises conveyed to these grantors by deed dated June 18, 1998, and recorded in Book 3431, Page 241, at the Bristol County Fall River District Registry of Deeds.

WITNESS our hands and seals this         day of      3rd   Jany   , 2003

_____     Clement Farias  1/3/03
                                    Clement Farias

                                    Eric Farias  1/5/03
                                    Eric Farias

### COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                                    Jany   3   , 2003

Then personally appeared the above-named Clement Farias and Eric Farias and acknowledged the foregoing instrument to be their free act and deed, before me,

                                    Chas E. Reed
                                    ~~Notary Public~~/Justice of the Peace
                                    My commission expires: 2/02/07

GOVERNMENT EXHIBIT A

FALL RIVER DEEDS REG 5 BRISTOL
CANCELLED 01/03/03 2:31PM 00000 #2857
FEE $798.00   CASH $798.00

ATTEST: BR. COUNTY, F.R. DIST., Bernard J. McDonald III Register

Property Address: 172 Earle Street, Fall River, Massachusetts