AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

**APPEARANCE**

Case Number: 03-10361-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN MELO

18 December 2003
Date

Signature

John LAROCHELLE
Print Name

PO Box 1503
Address

Providence   RI   02901
City            State       Zip Code

401-421-1440
Phone Number

*filed in Open Court 12-18-03*