UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                C.R. NO. 03-00089-LPC

JOHN MELO

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TIME FOR FILING PRE-TRIAL MOTIONS**

Now comes the defendant, John Melo, by and through counsel, and hereby requests that the deadline for the filing of substantive, non-discovery pre-trial motions be continued from May 18, 2004 to July 16, 2004. As grounds, counsel avers that this additional time is necessary to properly review the thousands of telephone conversations recorded by the government and properly prepare the necessary memorandum in support of any motions to suppress. Mr. Melo assents to excluding this period from the Speedy Trial Act calculations. The government does not oppose this motion.

Respectfully submitted,
John Melo
By his attorneys,

John P. Larochelle, BBO# 645649

John E. MacDonald, BBO# 653775
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, RI 02903
(401) 421-1440
(401) 421-1442 (FAX)

## **CERTIFICATION**

I hereby certify that on _5/14/04_ a true copy of this document was delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts, One Courthouse Way, Suite 9200, Boston, Massachusetts, 02210.