UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                       C.R. NO. 03-00089-LPC

JOHN MELO

**DEFENDANT'S MOTION TO SUPPRESS TANGIBLE EVIDENCE**

Now comes the defendant, John Melo, by and through counsel, and hereby moves to suppress all tangible evidence seized by members of law enforcement in July of 2003 including, but not limited to, cocaine, United States currency, bank records, and assorted paperwork. As grounds, defendant avers that said seizure was made in violation of defendant's rights as secured by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

Respectfully submitted,
John Melo
By his attorneys,

_John P. Larochelle (JM)_
John P. Larochelle, BBO# 645649

_____
John E. MacDonald, BBO# 653775
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, RI 02903
(401) 421-1440
(401) 421-1442 (FAX)

## CERTIFICATION

I hereby certify that on _7-14-04_ a true copy of this document was delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts, One Courthouse Way, Suite 9200, Boston, Massachusetts, 02210.

*[signature]*