UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    C.R. NO. 03-00089-LPC

JOHN MELO

**DEFENDANT'S MOTION TO SUPPRESS**
**TITLE III INTERCEPTED COMMUNICATIONS**

Now comes the defendant, John Melo, by and through counsel, and hereby moves to suppress all Title III intercepted communications in this matter. As grounds, defendant avers that the communication was unlawfully intercepted, the order of authorization under which it was intercepted was insufficient on its face, and the interception was not made in conformity with the order of authorization. See 18 U.S.C. §2518(10)(a); see also United States v. Lopez, 300 F.3d 46, 52 (1st Cir. 2002).

> Respectfully submitted,
> John Melo
> By his attorneys,
>
> _/s/ John P. Larochelle (JM)_
> John P. Larochelle, BBO# 645649
>
> _/s/_
> John E. MacDonald, BBO# 653775
> Larochelle & MacDonald, Inc.
> One Turks Head Place, Suite 1440
> Providence, RI 02903
> (401) 421-1440
> (401) 421-1442 (FAX)

## **CERTIFICATION**

I hereby certify that on ___7/14/04___ a true copy of this document was delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts, One Courthouse Way, Suite 9200, Boston, Massachusetts, 02210.