UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10361-RWZ |
| | ) | |
| **JOHN MELO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT
JOHN MELO'S MOTIONS TO SUPPRESS
<u>TANGIBLE EVIDENCE AND INTERCEPTED COMMUNICATIONS</u>**

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney William D. Weinreb, respectfully submits this opposition to defendant John Melo's motion to suppress tangible evidence and intercepted communications.

Defendant John Melo ("Melo") and five others have been charged in a superseding indictment with conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846, and several substantive counts of distribution of, and possession with intent to distribute, cocaine, in violation of 21 U.S.C. § 841(a)(1). The government's evidence includes telephone calls intercepted pursuant to a court-authorized wiretap on Melo's cell phone and seizures of drugs, money, and other items from various locations, including Melo's apartment and his parents' house.

The government and Melo have been actively engaged in plea negotiations and are seeking to resolve Melo's case short of trial. In the meantime, to preserve his rights in the event of a trial, Melo has filed motions to suppress intercepted

communications and tangible evidence.  If a hearing on the motions becomes necessary, Melo intends to file memoranda of fact and law in support of his motions, and the government intends to do likewise in support of this opposition.  The parties agree, however, that successful plea negotiations will obviate the need for such a hearing and for the filing of supporting memoranda.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                UNITED STATES ATTORNEY

By: _____
                WILLIAM D. WEINREB
                Assistant U.S. Attorney