UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10361-RWZ

UNITED STATES OF AMERICA

v.

JOHN MELO, ET AL.

<u>FINAL STATUS REPORT</u>

October 27, 2004

COHEN, M.J.

    A Final Status Conference was held before this court on Wednesday, October 27, 2004, pursuant to the provisions of Local Rule 116.5(A).  Based on that conference, this court enters the following report, to wit:

1. All discovery is complete.  A motion to dismiss (# 67) filed by defendant Fink, but to be joined in by all defendants pending;[1]

2. There will be a trial in this case.[2]  The parties estimate that trial will last some 14 trial days;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case

---

[1] An opposition (# 71) to that motion has been filed.

[2] Counsel for the government reports, however, that there is a tentative plea agreement being reviewed by the defendant John Mello.

is assigned for further proceedings. Given the pendency of the motions referred to above, bottomed on the decision in *Blakeley*, all counsel recommend that the district judge schedule a status conference before hearing on or disposition of the pending motions.

_____
UNITED STATES MAGISTRATE JUDGE