**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

V.   C.R. NO. 03-10361

**JOHN MELO**

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the above-captioned defendant.

                                       Respectfully submitted,
                                       John Melo
                                       By his attorneys,

                                       John P. Larochelle, BBO# 645649

                                       John E. MacDonald, BBO# 653775
                                       Larochelle & MacDonald, Inc.
                                       One Turks Head Place, Suite 1440
                                       Providence, RI 02903
                                       (401) 421-1440
                                       (401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on __11-10-04__ a true copy of this document was mailed to Docket Clerk, at United States District Court, One Courthouse Way, Boston, Massachusetts, 02210.