UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 03-10361-RWZ |
| V.      ) | |
| ) | |
| **JOHN MELO** | |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney William D. Weinreb, hereby notifies the defendant that the government will rely on the following felony drug offense as the basis for a sentencing enhancement with respect to Count One of the Indictment: the defendant's October 2, 1996 conviction in the Bristol County Superior Court, Docket Number 36946, for possession with intent to distribute a Class A substance (heroin).

As a result of this prior conviction, the defendant is subject to the enhanced penalties set forth in 21 U.S.C. §§ 841(b)(1)(A) & 841(b)(1)(B).

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By:    /s/ William Weinreb
        WILLIAM D. WEINREB
        Assistant U.S. Attorney