UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  C.R. NO. 03-10361-RWZ

JOHN MELO

### DEFENDANT, JOHN MELO'S, OBJECTION TO THE GOVERNMENT'S SENTENCING ENHANCEMENT PURSUANT TO 21 U.S.C. §851.

Now comes the defendant, John Melo, by and through counsel, and hereby objects to the government's request for sentencing enhancement pursuant to 21 U.S.C. §851. A memorandum of law in support of this objection is attached hereto.

Respectfully submitted,
John Melo
By his attorney,

John E. MacDonald,  BBO# 653775
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, RI 02903
(401) 421-1440
(401) 421-1442  (FAX)

### CERTIFICATION

I hereby certify that on __8 30 05__ a true copy of this document was delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts, One Courthouse Way, Suite 9200, Boston, Massachusetts, 02210.