UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    C.R. NO. 03-10361-RWZ

JOHN MELO

### DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SENTENCING

Now comes the defendant, John Melo, by and through counsel, and hereby requests that this Honorable Court continue sentencing currently scheduled for September 14, 2005 to November 16, 2005. As grounds, counsel for Mr. Melo avers that additional time is necessary from Mr. Melo to comply with a condition of his plea agreement requiring the payment of $75,000 to the Court prior to sentencing. The Court has granted co-defendant Scott Fink's request for a continuance to November 16, 2005 at 2:00 pm. Co-defendant Carla Paiva is also seeking a continuance on unrelated grounds. Counsel has conferred with AUSA William Weinreb and he does not object to this motion.

                                                     Respectfully submitted,
                                                   John Melo
                                                   By his attorney,

                                                 John E. MacDonald, BBO# 653775
                                                 Larochelle & MacDonald, Inc.
                                                 One Turks Head Place, Suite 1440
                                                 Providence, RI 02903
                                                 (401) 421-1440
                                                 (401) 421-1442 (FAX)

## CERTIFICATION

I hereby certify that on ___9-8-05___ a true copy of this document was delivered to William Weinreb, AUSA, Office of the United States Attorney for the District of Massachusetts, One Courthouse Way, Suite 9200, Boston, Massachusetts, 02210.