Nov 17, 2005

TO, Clerk of Court For the Honorable Rya W Zobel - U.S. District Judge.

Docket Number: 03-CR-10361-RWZ

I, John Melo, was Sentenced 20 Years by The Honorable Judge Rya W Zobel on November 16, 2005

I am Respectfully asking the Court For A Court Appointed Lawyer to Preserve my rights. I am Currently in the Process of "Vacating" my State Sentence, thus this will Lower my Federal Guidelines.

Because the Government took everything from me I am Indigent. I wish to have a Lawyer to Follow my "Vacate" in order to come back into Court For Re-Sentencing.

I wish to File a Motion For Appointment of an Attorney For Re-Sentencing because of my Vacate of a Prior Sentence.

Thank-You for all your help and understanding in this matter. Please write back to me here at Plymouth Jail, it would be greatly Appreciated