UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                Plaintiff,    )<br>       v.                        )<br>                                  )<br>JOHN MELO,                        )<br>                Defendant.    )<br>                                  )<br>                                  ) | Criminal No. 03-10361-RWZ |

**MOTION FOR AN AMENDED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue the attached Amended Preliminary Order of Forfeiture in the above-captioned case. As grounds for this Motion, the United States submits that, due to a clerical error by this office, the Preliminary Order issued by this Court on November 16, 2005, incorrectly refers to the custodial agency as the United States Marshals Service ("USMS"). In fact, the custodial agency in this case, is the United States Department of Homeland Security ("DHS"). Accordingly, the attached Amended Order replaces the USMS with the correct custodial agency, DHS.

In addition, due to a clerical error by this office, the Preliminary Order issued by this Court on November 16, 2005, incorrectly refers to the related civil forfeiture case as <u>U.S. v. 172 Earle Street, Fall River, Massachusetts</u>. In fact, the correct name of this case is <u>U.S. v. 147 Eighteenth Street, Fall River, Massachusetts and 148 Davis Road, Westport, Massachusetts</u>, No. 03-11513-RCL. Accordingly, the attached Amended Order replaces <u>U.S.

v. 172 Earle Street, Fall River, Massachusetts with the correct case name, U.S. v. 147 Eighteenth Street, Fall River, Massachusetts and 148 Davis Road, Westport, Massachusetts.

Apart from these two clerical changes, the Amended Order for Forfeiture is otherwise identical to the November 16, 2005 order approved by the Court and no substantive changes are proposed.

In addition, the United States is concurrently filing a Motion to Correct The Judgment because the forfeiture portion of the judgment entered on November 21, 2005, due to clerical error, omission, or oversight, incorrectly states the forfeiture ordered by the Court. Specifically, the judgment erroneously included one property that was not subject to criminal forfeiture and erroneously failed to include three assets that are subject to criminal forfeiture.

WHEREFORE, the United States respectfully requests that this Court enter the attached Amended Preliminary Order of Forfeiture.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    BY:      /s/Jennifer H. Zacks

                                      WILLIAM D. WEINREB
                                      JENNIFER H. ZACKS
                                      Assistant U.S. Attorneys
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      Telephone: (617) 748-3100
Date: December 1, 2005

**CERTIFICATE OF SERVICE**

    I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for an Amended Final Order of Forfeiture, as well as a proposed Amended Final Order of Forfeiture, was served upon:

    John P. LaRochelle, Esquire,
    LaRochelle & MacDonald, Inc.
    One Turks Head Place, Suite 1440
    Providence, RI 02903

    John E. MacDonald, Esquire
    LaRochelle & MacDonald, Inc.
    One Turks Head Place, Suite 1440
    Providence, RI 02903

    Michael C. Andrews, Esquire
    Law Office of Michael C. Andrews
    21 Custom House Street, Suite 920
    Boston, MA 02110

as counsel for the Defendant, by first class mail, postage prepaid.

    /s/ Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney

Date: December 1, 2005

N:\JZacks\melo\FORFEITURE\[M] for an Amended POF.wpd