

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

FILED IN CLERKS OFFICE
2006 APR -4 P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 03-10361-RWZ |
| DEFENDANT | TYPE OF PROCESS |
| JOHN MELO | Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:
Thirty-four thousand dollars ($34,000) in United States Currency, recovered from 148 Davis Road, Westport, Massachusetts, on or about July 23, 2003.

Address (Street or RFD / Apt. # / City, State, and Zip Code):

Send NOTICE OF SERVICE copy to Requester:
JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody over the above-described currency in accordance with the attached Preliminary Order of Forfeiture and applicable law.
CATS No. 03-USC-000796                                    KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff [ ] Defendant | Telephone No. (617) 748-3100 | Date Dec 20, 2005 |
|---|---|---|---|
| Jennifer H. Zacks/WT | | | |

SIGNATURE OF PERSON ACCEPTING PROCESS:    Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service    Time of Service    [ ] AM  [ ] PM
Please see Remarks

Signature, Title and Treasury Agency   March 29, 2006
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection

**REMARKS:** Seized. The above referenced $34,000 was deposited to the suspense account for the U.S. Treasury Forfeiture Fund on September 16, 2003. Copy of collection receipt number 550739361 attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

550736361

| 1. NAME OF PAYER/IMPORTER | | | | |
|---|---|---|---|---|
| John Melo | | | | |

Customs officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1(b))

| 2. ADDRESS (Include ZIP Code) |
|---|
| 148 Davis R |
| Westport, MA |

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**COLLECTION RECEIPT**
**OR**
**INFORMAL ENTRY**

| 3. TELEPHONE NO. | 4. DATE |
|---|---|
| ( ) | 9-16-03 |

19 CFR 4.23, 10.71, 123.4, 141.68, 143.23–143.25, 145.12, 148.12, 148.27

**RECEIPT**

| 5. ACCT. CLASS. CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT | |
|---|---|---|---|---|
| 731 | | Suspense Account Forfeiture Fund | 34,000 | 00 |
| | | 2003040100010003 | | |

| 9. TOTAL COLLECTION: | Customs officer must write CF 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1(b)) | 34,000 | 00 |
|---|---|---|---|

**INFORMAL ENTRY**

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|---|
| U.S. CUSTOMS SERVICE PAID SEP 16 2003 BOSTON #1 | | | |

| 14. I.T./BL/AWB NO. | 15. I.T. ORIGIN PORT | 20. DUTY: |
|---|---|---|
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: |
| 18. IMPORTING CARRIER | | 22. MERCHANDISE PROCESSING FEE: |

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached.

23. OTHER:

| 19. IMPORTER OR AGENT SIGNATURE | 24. TOTAL COLLECTION: Customs officer must write serial no. on all checks and money orders. (19 CFR 24.1(b)) |
|---|---|
| X | |

| 25. CUSTOMS OFFICER SIGNATURE/BADGE NO. | 26. TOTAL CASH | IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/PENALTIES COLLECTED TO THE APPROPRIATE DISTRICT DIRECTOR IN ACCORDANCE WITH CUSTOMS REGULATIONS. |
|---|---|---|
| [signature] | 34,000.00 | |

PART 1 (WHITE) – COLLECTION COPY
PART 2 (PINK) – PAYER COPY
PART 3 (YELLOW) – RECORD COPY

PART 2 – PAYER

**Customs Form 368 (010791)**