

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

FILED IN CLERKS OFFICE
2006 APR -4 P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-10361-RWZ |
|---|---|
| DEFENDANT<br>JOHN MELO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:
Seventy-five thousand dollars ($75,000) in United States Currency, which is currently in the possession, custody or control of the United States Department of Customs and Border Protection.

Address (Street or RFD / Apt. # / City, State, and Zip Code):

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
|---|---|
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody over the above-described currency in accordance with the attached Preliminary Order of Forfeiture and applicable law.
CATS No. 04-USC-000748                         KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of<br>*Jennifer H. Zacks/WT* | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec 20, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service<br>[ ] AM [ ] PM |
|---|---|---|
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | March 29, 2006 |

**REMARKS:** Seized.
The above referenced $75,000 was deposited to the suspense account for the U.S. Treasury Forfeiture Fund on November 21, 2005. Copy of collection reecipt number 556990968 attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

556990968

| 1. NAME OF PAYER/IMPORTER |
|---|
| John Melo |

| 2. ADDRESS (Include ZIP Code) |
|---|
| 148 Davis Rd |
| Westport, MA |

Customs officer must record above serial number on all checks and money orders accepted in payment. (19 CFR 24.1(b))

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**COLLECTION RECEIPT
OR
INFORMAL ENTRY**

19 CFR 4.23, 10.71, 123.4, 141.68, 143.23-143.25, 145.12, 146.12, 148.27

| 3. TELEPHONE NO. | 4. DATE |
|---|---|
| ( )  N/A | 11.21.05 |

### RECEIPT

| 5. ACCT. CLASS. CODE | 6. USER CHARGE CODE | 7. REMARKS/CASE NO./VIOLATION | 8. AMOUNT |
|---|---|---|---|
| 741 | | Suspense Account Forfeiture Fund 2006 0401 00002501 | 75,000 00 |

9. TOTAL COLLECTION: Customs officer must write CF 368 serial no. on all checks and money orders accepted in payment. (19 CFR 24.1(b)) .......... 75,000 00

### INFORMAL ENTRY

| 10. DESCRIPTION OF MERCHANDISE AND/OR H.T.S.U.S. NO.; G.O. NO.; VIOLATION | 11. VALUE | 12. RATE | 13. DUTY |
|---|---|---|---|
| | | | |

NOV 2 [illegible]
BOSTON

| 14. I.T./B.L./AWB NO. | 15. I.T. ORIGIN PORT | | |
|---|---|---|---|
| | | 20. DUTY: | |
| 16. COUNTRY OF EXPORT | 17. IMPORTATION DATE | 21. I.R. TAX: | |
| 18. IMPORTING CARRIER | | 22. MERCHANDISE PROCESSING FEE: | |

I declare that the information above set forth is accurate to the best of my knowledge and belief and that I have not received and do not know of any other invoice than that attached.

| 19. IMPORTER OR AGENT SIGNATURE | 23. OTHER: |
|---|---|
| X | |
| | 24. TOTAL COLLECTION: Customs officer must write serial no. on all checks and money orders. (19 CFR 24.1(b)) |

| 25. CUSTOMS OFFICER SIGNATURE/BADGE NO. |
|---|
| [signature] |

PART 1 (WHITE) — COLLECTION COPY
PART 2 (PINK) — PAYER COPY
PART 3 (YELLOW) — RECORD COPY

PART 2 — PAYER

IMPORTER/PAYER MAY PROTEST/PETITION DUTIES/PENALTIES COLLECTED TO THE APPROPRIATE DISTRICT DIRECTOR IN ACCORDANCE WITH CUSTOMS REGULATIONS.

Customs Form 368 (010791)