

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE

2006 APR -4 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-10361-RWZ |
|---|---|
| DEFENDANT<br>JOHN MELO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>**Bristol County Registry of Deeds** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code):<br>441 North Main Street, Fall River, MA 02720 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please record a copy of the attached Preliminary Order of Forfeiture at the Bristol County Registry of Deeds. This property is more particularly described as 172 Earle Street, Fall River, Massachusetts, with a deed recorded at Book 4674, Page 290.

KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of<br>Jennifer H. Zacks/LJT | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec 20, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM | |
| | Please see Remarks | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | March 29, 2006 |

REMARKS:
The above referenced order was recorded at the Bristol Registry of Deeds on Feb. 17, 2006. Please see attached return form from James C. Burke.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY



## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-10361-RWZ |
|---|---|
| DEFENDANT<br>JOHN MELO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:
Bristol County Registry of Deeds

Address (Street or RFD / Apt. # / City, State, and Zip Code):
441 North Main Street, Fall River, MA 02720

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please record a copy of the attached Preliminary Order of Forfeiture at the Bristol County Registry of Deeds. This property is more particularly described as 172 Earle Street, Fall River, Massachusetts, with a deed recorded at Book 4674, Page 290.

KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of<br>*Jennifer H. Zacks/LJT* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec 20, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>*James C. Burke* | Date<br>02/17/06 11:00 AM |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: *Richard Aurcel c/o the* | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>*Bristol County Registry Deeds*<br>*441 No. Main St.*<br>*Fall River, MA* | Date of Service<br>02/17/06 | Time of Service<br>11:00 | [✓] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>*James C. Burke* | | |

REMARKS: *Prelim Order of Forfeiture Filed at Bristol Co. Reg. # Deeds*

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY