

# Department of the Treasury
*Federal Law Enforcement Agency*

## PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE
2006 APR -4 P 12:33
U.S. DISTRICT COURT
DISTRICT OF MASS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 03-10361-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOHN MELO | Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:
One 1998 Lincoln Navigator (VIN# 5LMPU28L5WLJ53728) Massachusetts Registration Number 4256SP, registered to John Melo.

Address (Street or RFD / Apt. # / City, State, and Zip Code):

Send NOTICE OF SERVICE copy to Requester:
JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody over the above-described property in accordance with the attached Preliminary Order of Forfeiture and applicable law.
CATS No. 04-USC-000743                                   KAB x3294

| Signature of Attorney or other Originator, requesting service on behalf of  *Jennifer H. Zacks/WT* | [X] Plaintiff  [ ] Defendant | Telephone No. (617) 748-3100 | Date Dec 20, 2005 |
|---|---|---|---|

SIGNATURE OF PERSON ACCEPTING PROCESS:                                   Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:                [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service    Time of Service  [ ] AM  [ ] PM
Please see Remarks

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection

March 29, 2006

**REMARKS:**
The above refernced Lincoln Navigator has been seized and is in custody. The current custodian in a contractor (EG&G) operating under a contract with the U.S Treasury.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY