UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
          Plaintiff,         )
     v.                      )    Criminal No. 03-10361-RWZ
                             )
JOHN MELO,                   )
          Defendant.         )
                             )

                    **UNITED STATES' MOTION**
                 **FOR FINAL ORDER OF FORFEITURE**

     The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.  In support thereof, the United States sets forth the following:

     1.   On or about December 3, 2003, a grand jury sitting in the District of Massachusetts returned a one-count indictment charging Defendant John Melo ("Melo" or the "Defendant") and others, with the following:  Conspiracy to Distribute, and to Possess With Intent to Distribute, Cocaine, in violation of 21 U.S.C. §846, §841(a)(1), and §841(b)(1)(A) (Count One).

     2.   The Indictment also included a Criminal Forfeiture allegation, pursuant to 21 U.S.C. §853, seeking the forfeiture of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the

                                1

offense, and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The forfeiture allegation also provided that if any of the directly forfeitable properties were unavailable for forfeiture that it was the intention of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of substitute assets belonging to the Defendant.

4. On May 25, 2005, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment and agreed to the forfeiture of the following assets:

- (a) The real property located at 172 Earle Street, Fall River, Massachusetts, as more fully described in the deed dated January 3, 2003, recorded with the Bristol County Registry of Deeds in Book 4674, Page 290;

- (b) One 2002 Bourgetta Python Motorcycle (VIN #189BPY8A41A393370) Massachusetts Registration Number DX995, registered to John Melo;

- (c) One 1998 Lincoln Navigator (VIN# 5LMPU28L5WLJ53728) Massachusetts Registration Number 4256SP, registered to John L. Melo;

- (d) Seventy-five thousand dollars ($75,000) in U.S. currency;

- (e) Thirty-four thousand dollars ($34,000) recovered from 148 Davis Road, Westport, Massachusetts, on or about July 23, 2003; and

- (f) One 1997 Jeep Grand Cherokee (VIN # IJ4GX58Y8VC535482) Massachusetts Registration

Number 38FK20,[1] (collectively referred to as the "Defendant Properties").

6. On September 9, 2005, the United States filed a Motion for Preliminary Order of Forfeiture of the Defendant Properties, which was endorsed by the Court on November 16, 2005.

7. On November 16, 2005, the Court sentenced the Defendant to 240 months' incarceration and ten years of supervised release. In addition, at the sentencing, the Court made an oral pronouncement stating that the Defendant was to forfeit the assets listed in the Preliminary Order of Forfeiture. A Judgment, which included forfeiture, was entered on November 22, 2005.

8. On December 13, 2005, the Court entered an Amended Judgment and an Amended Preliminary Order of Forfeiture, which corrected clerical errors regarding forfeiture.

9. On February 13, February 20, and February 27, 2006, a Notice of Order of Forfeiture was published in the Boston Herald newspaper pursuant to 21 U.S.C. §853(n). In addition, notice of the Preliminary Order of Forfeiture was served on the following:

> a) John P. LaRochelle, Esquire, counsel for John Melo, LaRochelle & MacDonald, Inc., One Turks Head Place, Suite 1440, Providence, RI 02903 on February 13, 2006;

---

[1] Other assets have already been forfeited, and are, therefore, not included in this list. These include: the real property located at 147 Eighteenth Street, Fall River, Massachusetts, which was civilly forfeited and $75,000 in U.S. currency, $54,000 in U.S. currency and one 1991 GMC Jimmy, which were administratively forfeited.

b) John E. MacDonald, Esquire, counsel for John Melo, LaRochelle & MacDonald, Inc., One Turks Head Place, Suite 1440, Providence, RI 02903 on February 13, 2006;

c) Michael C. Andrews, Esquire, counsel for John Melo, Law Offices of Michael C. Andrews, Esquire, 21 Custom House Street, Suite 920, Boston, MA 02210 on February 14, 2006;

d) John Melo, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360 (Marshal #: 24839038) mailed on February 10, 2006, the mailed envelope was returned by the post office marked "Return to Sender".

10. As of this date, no claims of interest in the Defendant Properties have been filed with the Court or the United States Attorney and the time within which to do so expired on March 29, 2006. See 21 U.S.C. §853(n)(2).

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Defendant Properties in the form submitted herewith.

A proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,

/s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: April 21, 2006          (617) 748-3100

4

CERTIFICATE OF SERVICE

    I, Jennifer H. Zacks, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and I have served a copy of the foregoing by first class mail, postage prepaid, upon the following:

    John P. LaRochelle, Esquire,
    As counsel for John Melo
    LaRochelle & MacDonald, Inc.
    One Turks Head Place, Suite 1440
    Providence, RI 02903

    John E. MacDonald, Esquire
    As counsel for John Melo
    LaRochelle & MacDonald, Inc.
    One Turks Head Place, Suite 1440
    Providence, RI 02903

    Michael C. Andrews, Esquire
    As counsel for John Melo
    Law Office of Michael C. Andrews
    21 Custom House Street, Suite 920
    Boston, MA 02110

    /s/ Jennifer H. Zacks
    JENNIFER H. ZACKS
    Assistant U.S. Attorney

Dated: April 21, 2006