

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

FILED
IN CLERKS OFFICE

2006 APR -4 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 03-10361-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOHN MELO | Preliminary Order of Forfeiture |

**SERVE AT** — Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:
172 Earle Street, Fall River, Massachusetts, as more fully described in the deed dated January 3, 2003, recorded with the Bristol County Registry of Deeds in Book 4674, Page 290.

Address (Street or RFD / Apt. # / City, State, and Zip Code):

Send NOTICE OF SERVICE copy to Requester:
JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice upon the real property referenced above of this forfeiture action by posting and walking the attached Preliminary Order of Forfeiture.   KAB x3294
CATS No. 04-USC-000747

Signature of Attorney or other Originator requesting service on behalf of  *Jennifer H. Zacks/LJT*    [X] Plaintiff   [ ] Defendant   Telephone No. (617) 748-3100   Date Dec 20, 2005

SIGNATURE OF PERSON ACCEPTING PROCESS:    Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:    [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: Please see Remarks    Time of Service [ ] AM [ ] PM

Signature, Title and Treasury Agency
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection
March 29, 2006

**REMARKS:** The above refernced Order was posted at 172 earle Street, Fall River, MA on February 17, 2006. Please see attached copy of return form from James C. Burke.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY



## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-10361-RWZ |
|---|---|
| DEFENDANT<br>JOHN MELO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>172 Earle Street, Fall River, Massachusetts, as more fully described in the deed dated January 3, 2003, recorded with the Bristol County Registry of Deeds in Book 4674, Page 290. |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code): |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve notice upon the real property referenced above of this forfeiture action by posting and walking the attached Preliminary Order of Forfeiture.        KAB x3294
CATS No. 04-USC-000747

| Signature of Attorney or other Originator requesting service on behalf of<br>*Jennifer H. Zacks/LJT* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec 20, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS:<br>*James C Burke* | | | Date<br>02/14/06 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>*James C Burke* | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>02/17/06 | Time of Service<br>11:20 | [✓] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>*James C Burke* | | |

REMARKS: PRELIM. ORDER OF FORFEITURE POSTED NEXT TO OUTSIDE FRONT DOOR, 1ST FLOOR, 172 EARLE ST. FALL RIVER, MA

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY