

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

FILED IN CLERKS OFFICE
2006 APR -4 P 12: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 03-10361-RWZ |
|---|---|
| DEFENDANT<br>JOHN MELO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:
**PUBLICATION**

Address (Street or RFD / Apt. # / City, State, and Zip Code):

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of: *Jennifer H. Zacks/LJT* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Dec 20, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service: Please See Remarks / Time of Service: [ ] AM [ ] PM<br>Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection — March 29, 2006 |

**REMARKS:**
Notice was published as directed above in the <u>Boston Herald</u> newspaper on February 13, 20 and 27, 2006. Please see attached copy of Publisher's Certificate.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts  } ss.
County of Suffolk

On this _____10th_____ day of _____March_____ A.D. 20_06_
personally appeared before the undersigned, a Notary Public, within and for
the said county, _____Maddeine M. Sheehan_____
of the _____Boston Herald_____ a newspaper published by
Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of
Massachusetts, and who being duly sworn, states on oath that the
_____Criminal No. 03-10361-RWZ_____ advertisement
was published in said newspaper in its issues of
_____Feb. 13, 20, 27_____ A.D. 20_06_

_Maddeine M Sheehan_

Subscribed and sworn to before me this _____10th_____
day of _____March_____ A.D. 20_06_

_Shirley A Soley_
Notary Public

My commission expires August 10, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.
NOTICE OF ORDER OF FORFEITURE
Criminal No. 03-10361-RWZ
United States of America, District of Massachusetts, at Boston, Massachusetts, November 16, 2005.
Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant John Melo, in the following property, pursuant to Title 21, United States Code, Section 853:
(a) The real property located at 172 Earle Street, Fall River, Massachusetts, as more fully described in the deed dated January 3, 2003, recorded with the Bristol County Registry of Deeds in Book 4674, page 290;
(b) One 2002 Boyarretta Python Motorcycle (VIN#NW189BPY8A41A39537O) BX995, Massachusetts Registration Number DX995, registered to John Melo;
(c) One 1998 Lincoln Navigator (VIN#5LMPU28L5WLJ53728) Massachusetts Registration Number 4256SP, registered to John L. Melo;
(d) Seventy-five thousand dollars ($75,000) in U.S. currency which is currently in the possession, custody or control of Defendant;
(e) Any and all other property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as a result of drug trafficking during the period July 2001 through July 2003, except as set forth herein;
(f) Thirty-four thousand dollars ($34,000) recovered from 148 Davis Road, Westport, Massachusetts, on or about July 23, 2003; and
(g) One 1997 Jeep Grand Cherokee (registration MA 38FK20);
(collectively referred to as the "Defendant Properties")
Upon adjudication of all third party interests, the United States of America intends to dispose of the Defendant Properties in accordance with the law.
Pursuant to 21 U.S.C. sec. 853(n) (2), and (3), any person, other than the Defendant, having a legal interest in the Defendant Properties may, within thirty (30) days of the final publication of this notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Defendant Properties. The petition must be filed with the United States District Court for the District of Massachusetts, and served upon Assistant United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Defendant Properties, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Defendant Properties, any additional facts supporting the petitioner's claim, and the relief sought. Upon the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. sec. 853(n), which all such interests will be forfeited.
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
BUREAU OF CUSTOMS AND BORDER PROTECTION
DISTRICT OF MASSACHUSETTS
Feb. 13, 20, 27