UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 03-10361-RWZ |
| ) | |
| JOHN MELO, ) | |
| Defendant. ) | |
| ) | |

**FINAL ORDER OF FORFEITURE**

**ZOBEL, D.J.,**

WHEREAS, on or about December 3, 2003, a grand jury sitting in the District of Massachusetts returned a one-count Indictment charging Defendant John Melo ("Melo" or the "Defendant"), and others, with the following: Conspiracy to Distribute, and to Possess With Intent to Distribute, Cocaine, in violation of 21 U.S.C. §846, §841(a)(1), and §841(b)(1)(A) (Count One);

AND WHEREAS, the Indictment also included a Criminal Forfeiture allegation, pursuant to 21 U.S.C. §853, seeking the forfeiture of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offense, and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

AND WHEREAS, on May 25, 2005, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Indictment and agreed to the forfeiture of the following assets:

    (a) The real property located at 172 Earle Street, Fall River, Massachusetts, as more fully described in the deed dated January 3, 2003, recorded with the

        Bristol County Registry of Deeds in Book 4674, Page 290;

(b) One 2002 Bourgetta Python Motorcycle (VIN #189BPY8A41A393370) Massachusetts Registration Number DX995, registered to John Melo;

(c) One 1998 Lincoln Navigator (VIN# 5LMPU28L5WLJ53728) Massachusetts Registration Number 4256SP, registered to John L. Melo;

(d) Seventy-five thousand dollars ($75,000) in U.S. currency;

(e) Thirty-four thousand dollars ($34,000) recovered from 148 Davis Road, Westport, Massachusetts, on or about July 23, 2003; and

(f) One 1997 Jeep Grand Cherokee (VIN # IJ4GX58Y8VC535482) Massachusetts Registration Number 38FK20,

(collectively referred to as the "Defendant Properties");

AND WHEREAS, on September 9, 2005, the United States filed a Motion for Preliminary Order of Forfeiture of the Defendant Properties, which was endorsed by the Court on November 16, 2005;

AND WHEREAS, on November 16, 2005, the Court sentenced the Defendant to 240 months' incarceration and ten years of supervised release. In addition, at the sentencing, the Court made an oral pronouncement stating that the Defendant was to forfeit the assets listed in the Preliminary Order of Forfeiture. A Judgment, which included forfeiture, was enter on November 22, 2005;

AND WHEREAS, on December 13, 2005, the Court entered an Amended Judgment and an Amended Preliminary Order of Forfeiture, which corrected clerical errors regarding forfeiture;

2

AND WHEREAS, on February 13, February 20, and February 27, 2006, a Notice of Order of Forfeiture was published in the Boston Herald newspaper pursuant to 21 U.S.C. §853(n). In addition, notice of the Preliminary Order of Forfeiture was served on the following:

> a) John P. LaRochelle, Esquire, counsel for John Melo, LaRochelle & MacDonald, Inc., One Turks Head Place, Suite 1440, Providence, RI 02903 on February 13, 2006;
>
> b) John E. MacDonald, Esquire, counsel for John Melo, LaRochelle & MacDonald, Inc., One Turks Head Place, Suite 1440, Providence, RI 02903 on February 13, 2006;
>
> c) Michael C. Andrews, Esquire, counsel for John Melo, Law Offices of Michael C. Andrews, Esquire, 21 Custom House Street, Suite 920, Boston, MA 02210 on February 14, 2006;
>
> d) John Melo, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360 (Marshal #: 24839038) mailed on February 10, 2006, the mailed envelope was returned by the post office marked "Return to Sender".

AND WHEREAS, as of this date, no claims of interest in the Defendant Properties have been filed with the Court or the United States Attorney and the time within which to do so expired on March 29, 2006.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Defendant Properties and the Defendant Properties is hereby forfeited to the

United States of America pursuant to the provisions of 21 U.S.C. §853.

3. Any parties having any right, title or interest in the Defendant Properties are hereby held in default.

4. The United States is hereby authorized to dispose of the Defendant Properties in accordance with applicable law.

5. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

DONE AND ORDERED in Boston, Massachusetts, this __25th__ day of __May__, 2006.

Dated:

RYA W. ZOBEL
United States District Judge