

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

Telephone: (617) 748-3100

Kristina E. Barclay, Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
Asset Forfeiture Unit
1 Courthouse Way, Suite 9200
Boston, Massachusetts  02210

October 2, 2006

Lisa Urso
Clerk to the Honorable
Rya W. Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts  02210

     Re:  <u>United States v. John Melo</u>
          CR 03-10361-RWZ

Dear Ms. Urso:

    Enclosed is the ***original*** Department of the Treasury Process, Receipt, and Return forms, in connection with the above-referenced criminal case.  It is my understanding that the returns containing the original signatures are to be retained in the official court file, and need not be filed electronically, as they constitute executed service of process documents under Rule 4.

    Thank you for bringing this matter to the attention of the Court.

                              Very truly yours,

                              Kristina E. Barclay
                              Assistant U.S. Attorney

KEB:jmd
Enclosure

10 Causeway Street, Suite 603
Boston, MA 02222-1059



**U.S. Customs and Border Protection**

SEP 28 2006

Kristina E. Barclay
Assistant U.S. Attorney
Asset Forfeiture Unit
Office of the U.S. Attorney
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA  02210

Re: <u>United States v. JOHN MELO</u>
Criminal Action No. 03-10361-RWZ
ICE/CBP Seizure No.  2003-0401-000088-01, et al

Dear Ms Barclay:

Please find enclosed five executed original copy Treasury Process Receipt and Return forms regarding the above referenced case.

The enclosed forms, cover all the assets for the above referenced criminal action number except for real property at 172 Earle Street, Fall River, Massachusetts. The Earle Street property is scheduled for auction in October, with a closing likely in November or December.  I estimate that I will be able to send the appropriate Process Receipt and Return Forms to your office in December.

Please let me know if you need additional action taken in regard to this matter. My phone number is 617-565-6144.

Sincerely,

Stephen P. Leonard
Fines, Penalties &
Forfeitures Officer


Enclosure: five original Process Receipt and Return forms